UNITED STATES of America,
Plaintiff–Appellee

v.

**Jose Leonardo OLIVO, also known as Rogaceano Coronado–Delgadillo, also known as Javier Perez, Defendant–Appellant.**

**No. 11–40993**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 17, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Marjorie A. Meyers, Federal Public Defender, Sarah Beth Landau, H. Michael Sokolow, Assistants Federal Public Defenders, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, GARZA, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jose Leonardo Olivo raises arguments that he concedes are foreclosed by *United States v. Betancourt,* 586 F.3d 303, 308–09 (5th Cir.2009), which reaffirmed the holding in *United States v. Gamez–Gonzalez,* 319 F.3d 695, 700 (5th Cir.2003), that knowledge of drug type and quantity is not an element of the offense under 21 U.S.C. § 841. The appellant's unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

